UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2014 DEC 24  PM 2:17



UNITED STATES OF AMERICA,

          Plaintiff,

vs.

VALERIA MARIA LEVEL,

          Defendant.

CASE NO. 14-cr-02831-BTM

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) - Possession of Methamphetamine With Intent to Distribute(1)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/23/14

Barbara L. Major
U.S. Magistrate Judge